UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

ZOLTAN HIRSCH,                                                   CASE NO:   1:11-cv-01114-RRM-MDG

       Plaintiff,

vs.

AHMED TABET, an individual, d/b/a NEW WAY
DELI, d/b/a NEW WAY DELI AND GROCERY,
and AHMED SALEH TABET, an individual,
and NASSER K. MUBAREZ, an individual,
and ALI MUBAREZ, an individual,

       Defendants.
_____/

## NOTICE OF SETTLEMENT

      Plaintiff, ZOLTAN HIRSCH, and Defendants, AHMED TABET, d/b/a NEW WAY DELI, d/b/a NEW WAY DELI AND GROCERY, and AHMED SALEH TABET, and NASSER K. MUBAREZ, and ALI MUBAREZ, by and through their respective undersigned counsel, hereby notify the Court that settlement has been reached between said Parties in the above styled case. The Confidential Settlement Agreement is being circulated for signatures. The parties request ninety (90) days to file the Stipulation of Discontinuance with the Court.

Dated this 22nd day of June, 2011.

Respectfully submitted,

By: s/ B. Bradley Weitz                                By: s/ Tahanie A. Aboushi
    B. Bradley Weitz, Esq.(BW9365)                  Tahanie A. Aboushi, Esq.(TA6529)
    THE WEITZ LAW FIRM, P.A.                           THE ABOUSHI LAW FIRM, PLLC
    Attorney for Plaintiff                                       Attorney for Defendants
    18305 Biscayne Blvd., Suite 214                     501 Fifth Avenue, Suite 305
    Aventura, Florida 33160                                  New York, New York 10017
    Telephone: (305) 949-7777                             Telephone: (212) 300-2113
    Email: bbw@weitzfirm.com                            Email: tahanie@aboushi.com


SO ORDERED:

_____